

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, February 4, 2015

No. 04-14-00653-CR

Enrique **RIOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8044
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to February 17, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court